Katrina V. TATE, Petitioner,

v.

UNITED STATES POSTAL SERVICE,
Respondent.

No. 2008–3277.

United States Court of Appeals,
Federal Circuit.

July 22, 2008.

Katrina V. Tate, Broadview, IL, pro se.

Richard P. Schroeder, Department Of Justice, Washington, DC, for Respondent.

**ORDER**

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

Basil N. STEPHANATOS,
Plaintiff–Appellant,

v.

UNITED STATES, Defendant–Appellee.

No. 2008–5091.

United States Court of Appeals,
Federal Circuit.

July 22, 2008.

Basil N. Stephanatos, Wayne, NJ, for Plaintiff–Appellant.

Jennifer Dover Spriggs, Department of Justice, Washington, DC, for Defendant–Appellee.

**ORDER**

Order Vacated, See 2008 WL 5736997.

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.